IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF MARYLAND
**Baltimore Division**

| | | |
|---|---|---|
| IN RE:<br>   ANDRE A. SMALL | * | Chapter 7 |
| | | Case No.: 20-19290 |
|    Debtors' | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **CREDITOR REQUEST FOR NOTICE**

NOW COMES, Calvin Watkins ("Creditor"), by his attorneys KIM PARKER, ESQUIRE and THE LAW OFFICES OF KIM PARKER, P.A., and request for notice in the aforementioned matter. Please send all correspondence, pleadings and notices to the undersigned counsel.

                    Respectfully submitted,

                    **/s/ Kim Parker /s/**
                    _____
                    Kim Parker, Esq.
                    Federal Bar No.: 23894
                    THE LAW OFFICES OF KIM P.A.
                    2123 Maryland Avenue
                    Baltimore, Maryland 21218
                    410-234-2621
                    F: 410-234-2612
                    E;kp@kimparkerlaw.com

                    COUNSEL FOR CREDITOR
                    CALVIN WATKINS

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Creditors Notice was served this day on Chapter 7 Trustee and Counsel for Debtor, by the Court's ECF Filing System.

**/s/ Kim Parker /s/**
_____
Kim Parker, Esq.